STATE OF LOUISIANA     *     NO. 2019-KA-0901

VERSUS     *     COURT OF APPEAL

GABRIEL O HUNTER     *     FOURTH CIRCUIT

    *     STATE OF LOUISIANA

    *

    *

\* \* \* \* \* \* \*

**BARTHOLOMEW-WOODS, J., CONCURS WITH REASONS**

Judge Bartholomew-Woods concurs for the reasons assigned by Judge Jenkins.